AGREEMENT EXHIBIT 2

THIS AGREEMENT made this 28 day of ~~March~~ May, 1979, by and between the SAN JOSE CANAL COMPANY, hereinafter called SAN JOSE, the MONTEZUMA CANAL COMPANY, hereinafter called MONTEZUMA, the HIGHLINE CANAL COMPANY, hereinafter called HIGHLINE, and the UNION CANAL COMPANY, hereinafter called UNION.

WHEREAS, all parties to this Agreement are non-profit canal companies, originally organized under the laws of the territory of Arizona, which canal companies provide water for certain lands within the Gila Valley Irrigation District, pursuant to the provisions of the Gila River Decree; and whereas disasterous floods have damaged certain portions of the diversion facilities and canals of the parties, and whereas it would be in the best interest of all parties concerned, that certain facilities be used jointly by the parties. Now therefore, in consideration of the mutual covenants of the parties hereto, it is hereby agreed as follows:

THAT the UNION shall be allowed to use the diversion facilities and a portion of the canal heretofore belonging to the parties for the purpose of diverting from the Gila River, the water which the UNION is entitled to receive from the river, together with the use of the other parties' canal facilities for the carrying of the water, from the point of diversion on the Gila River, near San Jose, Arizona, to the point where the MONTEZUMA is diverted from the other canals, and thereafter down the MONTEZUMA to a point near U.S. Highway 70, and thereafter the UNION water shall be carried down the line of the Solomon Road to the present UNION facilities.

IT IS FURTHER AGREED that the UNION shall pay all costs of modifying or enlarging the canal or other facilities, including siphons or gates, gauging or measuring or other facilities or equipment as needed. The UNION shall further be responsible for

EXHIBIT 2

obtaining any rights-of-way necessary. It is further agreed that the canal shall be enlarged and maintained to a size sufficient to carry all of the water, apportioned to all parties, plus all canal pumps, plus the amount necessary to carry any estimated flood waters, as the flood water potential is estimated by the American Engineering Company.

IT IS FURTHER AGREED that the canal presently using the facilities shall have the right to continue their present practice of pumping to the canal without interference by the UNION and the UNION shall not install any pump within the jointly used area, being the area from the diversion facility to the point where the canal water re-enters the present Union Canal. Any individual farmer presently using the canal to carry pump water shall have the right to continue doing so on the present basis.

IT IS FURTHER AGREED that the present system of supervision and maintenance of the canal shall continue and that all of the parties shall share in the cost of routine maintenance and upkeep on the basis of their pro-rata number of acres for which they have a water right to be carried in the canal. However, any major improvements to the canal shall require the consent of all parties, with the parties sharing in the cost in the same proportions.

IT IS FURTHER AGREED that for the convenience of the parties, the Union Canal shall share in the maintenance and upkeep, to the point where the San Jose Canal crosses the San Simon Wash, as the facilities for the wasteway on the San Simon are needed for the joint use of the parties, and that further, that the canal system shall be kept at an elevation, sufficiently high, so that it shall be possible in the future, to concrete line the canal system past the San Simon Wash. It is further agreed, that in consideration of the Union being allowed to use the Montezuma Canal facilities, that the Union shall share in the cost of the jointly used canal with the Montezuma, on the same basis, that is, upon the number Of acres for which there is a water right in each canal.

**EXHIBIT 2**

IT IS FURTHER AGREED that appropriate weirs or other gauging devices shall be installed to determine the actual losses, from seepage, evaporation or other losses in transporting the water and that these losses shall be born in proportion to the carrying of the water in the canal. The parties recognize that the rate of loss shall vary between the seasons, and other circumstances, and therefore agree that the calculations shall be made to determine the losses as accurately as possible and that any party may request a recalculation of the losses, but that any such recalculation after the original calculation shall be at the expense of the party requesting the recalculation.

IT IS FURTHER AGREED that for the convenience of the parties, that one canal watermaster shall have the responsibility and authority for control of headgates and the general control of the jointly used canal facilities and the UNION hereby consents to a continuation of the present system in this regard. The UNION agrees to pay its proportionate share of the general expense in accordance with the present system used by the other parties.

THE PARTIES FURTHER AGREE that in the event there is insufficient water in the river to provide for the full satisfaction of the diversion water rights of the canals at that time, that the stream in the river shall be shared on a pro-rata basis, on the basis of the respective rights of the parties for water at that time.

THE PARTIES FURTHER AGREE that no wells are to be dug on the new right-of-way from starting point, San Jose diversion dam to where we enter back into the Union Canal.

THIS AGREEMENT shall be binding upon the parties, but subject to the approval of the Gila Water Commissioner and such other authorities as may have appropriate jurisdiction over the parties.

IN WITNESS WHEREOF, the parties, through their officers, have executed this Agreement this _____ day of May, 1979.

**EXHIBIT 2**

SAN JOSE CANAL COMPANY

ATTEST:

MONTEZUMA CANAL COMPANY

ATTEST:

HIGHLINE CANAL COMPANY

ATTEST:

UNION CANAL COMPANY

ATTEST: