IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>v.<br><br>Gila Valley Irrigation District, et al.,<br><br>   Defendants. | No. CV-31-00059-TUC-SHR<br><br>**Order Granting First Three Motions to Approve Change-in-Use Applications (Docs. 8523, 8531, 8538)** |

The Gila Water Commissioner, Patricia A. Doyle, has filed three Motions for Approval of the following change-in-use applications:[1]

- 01-2022, 02-2022, 03-2022, 04-2022, and 05-2022 (Doc. 8523);
- 06-2023, 07-2023, 08-2023, 09-2023, 10-2023, 11-2023, 12-2023, 13-2023, 14-2023, and 15-2023 (Doc. 8531); and
- 16-2023, 17-2023, 18-2023, 19-2023, 20-2023, 22-2023, 23-2023, 24-2023, 25-2023, 26-2023, 27-2023, 28-2023, 29-2023, 30-2023, 31-2023, 32-2023, 33-2023, 34-2023, 35-2023, 36-2023, and 37-2023 (Doc. 8538).

The Gila Water Commissioner also provided affidavits showing no objections to the applications were filed. Further, no objections to the pending motions to approve the

---

[1] The form used by the Office of the Gila Water Commissioner is titled "Application for Changes in Points of Diversion, Places, Means, Manner or Purpose of the use of the Waters Subject to the Gila Decree Case No. CV31-59-TUC-SHR (a/k/a Globe Equity No. 59)," and is colloquially referred to as a "change-in-use application" or "sever-and-transfer application."

applications have been filed.

Having reviewed the unopposed motions and good cause appearing, the Court grants the Gila Water Commissioner's pending motions to approve the applications. Accordingly,

**IT IS ORDERED** the Gila Water Commissioner's pending Motions for Approval of Change in Use Applications (Docs. 8523, 8531, and 8538) are **GRANTED**.

**IT IS FURTHER ORDERED** the Change-in-Use Applications numbered 01-2022, 02-2022, 03-2022, 04-2022, 05-2022, 06-2023, 07-2023, 08-2023, 09-2023, 10-2023, 11-2023, 12-2023, 13-2023, 14-2023, 15-2023, 16-2023, 17-2023, 18-2023, 19-2023, 20-2023, 22-2023, 23-2023, 24-2023, 25-2023, 26-2023, 27-2023, 28-2023, 29-2023, 30-2023, 31-2023, 32-2023, 33-2023, 34-2023, 35-2023, 36-2023, and 37-2023 are **APPROVED**. This Order shall take effect on the date it is issued.

Dated this 5th day of September, 2023.

Honorable Scott H. Rash
United States District Judge