Douglas F. Behm – 014727
**DOUGLAS F. BEHM, PLLC**
11675 East Caron Street
Scottsdale, Arizona 85259
602-332-4420
dbehm@behmlaw.com

*Attorney for the Gila Water Commissioner*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, et al., | No. CV31-59-TUC-SHR |
| Plaintiffs, | (a/k/a Globe Equity No. 59) |
| vs. | |
| Gila Valley Irrigation District, et al., | GILA WATER COMMISSIONER'S MOTION FOR APPROVAL OF UNOPPOSED CHANGE IN USE APPLICATIONS 134-2025, 135-2025, 136-2025, 137-2025, 138-2025, 139-2025, 140-2025, 141-2025, 142-2025, 143-2025, 144-2025, 145-2025, 146-2025, 147-2025, 148-2025, 149-2025, 150-2025, and 151-2025 |
| Defendants. | |

Pursuant to the Court's order of November 17, 2021, (Doc. 8409, the "Order") Patricia A. Doyle, Gila Water Commissioner, moves for approval of change in use ("sever and transfer") applications 134-2025, 135-2025, 136-2025, 137-2025, 138-2025, 139-2025, 140-2025, 141-2025, 142-2025, 143-2025, 144-2025, 145-2025, 146-2025, 147-2025, 148-2025, 149-2025, 150-2025, and 151-2025. These applications were submitted to the Commissioner's office under the procedures promulgated by the Order, which modified the process for their review and approval. The purpose of the Order was to allow farmers to reconfigure their fields, severing and transferring Globe Equity Decree rights to eliminate irrigation gaps in fields, allowing more efficient farming.

The Order requires the Commissioner to post the applications on her website

1

within 30 days of receiving them.  Any party who wishes to object to an application must do so within 90 days after they are posted on the site.  The Order stated:

> If no timely objection to the application is filed in the Office of the Commissioner, the Commissioner shall grant or deny the application on the basis of the information contained in the application. If the Commissioner approves the application, the Commissioner shall forthwith file the application with the Clerk of the Court with the Commissioner's affidavit setting forth the matters contained in the notice and stating that no objection has been filed pursuant to these Rules and that the Commissioner has approved the application and shall submit an order to the court for the court's approval of the change in use . . ..
>
> The decision of the court regarding a Change in Use Application shall not take effect until the court enters an order approving the change and such decision becomes final.

The attached applications were reviewed and approved by the United States, the San Carlos Apache Tribe, and the Gila River Indian Community before being submitted to the Commissioner's office.  Further, as required by the Order, they were sent to additional interested parties, including the United States Department of the Interior, the Bureau of Indian Affairs, the Franklin Irrigation District, and the Arizona Attorney General's office.  Changes suggested by any of these parties were incorporated into them before they were sent to the Commissioner's office.

As evidenced by the Commissioner's attached affidavit, no objections were made to them within 90 days after they were posted to her website, and she has approved them.  The applicants are awaiting the Court's order making them effective, permitting reconfiguration of their fields.

Consequently, the Commissioner now moves the Court for an order approving change in use applications 134-2025, 135-2025, 136-2025, 137-2025, 138-2025, 139-2025, 140-2025, 141-2025, 142-2025, 143-2025, 144-2025, 145-2025, 146-2025, 147-2025, 148-2025, 149-2025, 150-2025, and 151-2025.

/////
/////
/////

Respectfully submitted this 6th day of February 2026.

**DOUGLAS F. BEHM, PLLC**

By: /s/ Douglas F. Behm

Douglas F. Behm
11675 E. Caron St.
Scottsdale, Arizona 85259
602-332-4420

**CERTIFICATE OF SERVICE**

I certify that on February 6, 2026, I caused the foregoing document to be filed with the Clerk of Court for the United States District Court for the District of Arizona using the CM/ECF system.

By: /s/ Douglas F. Behm